### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI

In re:

Terry C. & Holly L. Linville            )        Case No: 19-14554-JDW
                                        )
                                        )
                                        )
                                        )
    Debtor(s).                          )        Chapter:  13

### DEBTOR(S)' MOTION TO DISMISS CHAPTER 13 CASE

Comes now the Debtor(s) in the above-captioned case and move(s) this Court for an order dismissing this case pursuant to 11 U.S.C. § 1307(b). The Debtor(s) represent(s) to the Court that this case has not previously been converted under Section 706, 1112 or 1208 of Title 11 of the United States Code, and that this Motion is being filed and served as required by Fed. R. Bankr. P. 9013.

WHEREFORE, the Debtor(s) request(s) that the Court enter an ex parte order dismissing this case, ordering the chapter 13 trustee to file a final report and account, and giving parties-in-interest 14 days to object to the dismissal pursuant to Local Rule .

Respectfully Submitted,

/s/ Jimmy E. McElroy
_____
Attorney for the Debtor, Bar #2540
3780 S. Mendenhall Road
Memphis, TN 38115
(901) 363-7283

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

In Re:

Terry C. & Holly L. Linville,                    Case No. 19-14554-JDW
                                                 Chapter 13
Debtor.

**ORDER DISMISSING CHAPTER 13 CASE ON MOTION OF DEBTOR(S) (Dkt.  )**

Upon the motion of debtor(s) to dismiss the above-captioned case pursuant to 11 U.S.C. §1307(b); and the debtor(s) having represented to the Court that this case has not previously been converted under Section 706, 1112 or 1208 of Title 11 of the United States Code, and that the Motion was filed and served as required by Fed. R. Bankr. P. 9013, it is hereby

**ORDERED, ADJUDGED and DECREED that**

1. The above-captioned case is hereby DISMISSED.
2. The Chapter 13 Trustee shall file a Chapter 13 final report and account as required by Fed. R. Bankr. P. 5009.
3. Pursuant to Local Rule 1017-1(f)(2)(C), notwithstanding the entry of this Order, any party in interest may file an objection to the debtor(s)' motion within 14 days of the entry of this Order. Upon consideration of any timely-filed objection, at its discretion, the Court may either conduct a hearing or rule on the matter without a hearing.

##END OF ORDER##

APPROVED:
/s/ Jimmy E. McElroy MSB #2540
Attorney for Debtor
3780 S. Mendenhall Road
Memphis, TN 38115
(901) 363-7283
mcelroylawms@hotmail.com

```
Label Matrix for local noticing        Locke D. Barkley                      (p)CITIBANK
0537-1                                 6360 I-55 North                       PO BOX 790034
Case 19-14554-JDW                      Suite 140                             ST LOUIS MO 63179-0034
Northern District of Mississippi       Jackson, MS 39211-2038
Aberdeen
Tue Nov 19 10:28:03 CST 2019

Capital One                            Cerulean                              Citizens
P.O. Box 60599                         P.O. Box 6812                         3441 Hwy 309 North
City of Industry, CA 91716-0599        Carol Stream, IL 60197-6812           Byhalia, MS 38611-9168


Citizens Bank                          (p)DISCOVER FINANCIAL SERVICES LLC    First Premier
3441 Hwy 309 North                     PO BOX 3025                           P.O. Box 5529
Byhalia, MS 38611-9168                 NEW ALBANY OH 43054-3025              Sioux Falls, SD 57117-5529


Holly Lynn Linville                    Terry Collins Linville                Jimmy E. McElroy
171 Ponderosa Drive                    171 Ponderosa Drive                   3780 S. Mendenhall
Byhalia, MS 38611-9167                 Byhalia, MS 38611-9167                Memphis, TN 38115-0886


Merrick Bank                           SANTANDER CONSUMER USA                Sheffield Finance
P.O. Box 9201                          1601 Elm St, Suite 800                P.O. Box 580229
Old Bethpage, NY 11804-9001            Dallas, TX 75201-7260                 Charlotte, NC 28258-0229


U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201-5022
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Best Buy                               Discover                              End of Label Matrix
P.O. Box 78009                         P.O. Box 30952                        Mailable recipients    15
Phoenix, AZ 85062                      Salt Lake City, UT 84130              Bypassed recipients     0
                                                                             Total                  15
```